No. 22-10027

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

CHRISTIAN ESTRELLA,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California,
the Honorable Susan Illston and William H. Orrick, Presiding.
CR No. 3:19-cr-00517-WHO-1

## APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PETITIONS FOR FURTHER REVIEW

JODI LINKER
Federal Public Defender
YEVGENIY PARKMAN
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, California 94102
(415) 436-7700

*Counsel for Defendant-Appellant*
CHRISTIAN ESTRELLA

## INTRODUCTION

Defendant-Appellant Christian Estrella moves for a 60-day extension of time to file petitions for rehearing and rehearing en banc under Federal Rules of Appellate Procedure 35 and 40. The current deadline for these petitions is June 20, 2023; the requested new due date is August 21, 2023.

## ARGUMENT

Under Ninth Circuit Rule 31-2.2, a party may seek an extension by submitting a motion showing substantial need and diligence.

I request the extension because my obligations in other cases prevent me from completing the petitions by the current due date. I am working on the reply brief in *United States v. Hamilton*, 9th Cir. No. 22-10161, which is currently due on June 30, 2023. I am also working on the opening brief in *United States v. Terxidor*, 9th Cir. No. 23-652, which is currently due on July 10, 2023. I have recently been assigned to *United States v. Gerrans*, N.D. Cal. No. 18-310, a habeas action arising out of multi-count fraud case. I am also assisting on *United States v. Vinnik*, N.D. Cal. No. 16-227, a complex case involving allegations of financial misconduct. And I am supervising the law clerks for the Office of the Federal Public Defender for the Northern District of California this summer.

Additionally, I am requesting the extension to provide sufficient time for interested amici to file a brief in support of the petitions for further

review. *See* 9th Cir. R. 29-1(e)(1) (amicus briefs due no later than 10 days after petition is filed or is due).

I have exercised diligence in this case by reviewing the panel's decision, investigating the relevant law in this and other circuits, and outlining the petitions. I plan to file the petitions within the time requested. I have not filed a previous request to extend time to file the documents. The defendant in this criminal case is at liberty. The government does not oppose this request.

## CONCLUSION

This Court should extend Appellant's time to file petitions for further review until August 21, 2023.

June 13, 2023

Respectfully submitted,
JODI LINKER
Federal Public Defender
*s/ Yevgeniy Parkman*
YEVGENIY PARKMAN
Assistant Federal Public Defender