UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CHRISTIAN ALEJANDRO ESTRELLA, <br><br> Defendant - Appellant. | No. 22-10027 <br><br> D.C. No. 3:19-cr-00517-WHO-1 <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted on August 23, 2023 by American Civil Liberties Union Foundation of Northern California, et al. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT